IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02642-RBJ-MEH

WEST COAST PRODUCTIONS, INC.,

    Plaintiff,

v.

DOES 1-38,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 14, 2013.**

    Plaintiff's Motion for Clarification [filed January 11, 2013; docket #19] is **granted**.  The Court has issued an Amended Order containing language pursuant to 47 U.S.C. § 551(c)(2)(B), which is filed contemporaneously with this minute order.