IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02642-RBJ-MEH

WEST COAST PRODUCTIONS, INC.,

    Plaintiff,

v.

DOES 1-38,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 17, 2013.**

    Plaintiff's Motion for Plaintiff's Counsel to Apear [sic] by Telephone at Scheduling/Planning Conference [filed January 16, 2013; docket #24] and Plaintiff's Motion for Extension of Time to Submit Joint Proposed Scheduling Order [filed January 16, 2013; docket #25] are **denied as moot**. As previously stated in this Court's January 7, 2013 order, the Scheduling Conference to which Plaintiff refers was scheduled by Magistrate Judge Mix; however, the case was reassigned to this Court and no scheduling conference has yet been scheduled.

    The Court reminds the Plaintiff that it must continue to comply with this Court's December 7, 2012 order [docket #13].