# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC. ) <br> ) <br>    *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> DOES 1-38. ) <br> ) <br>    *Defendants*. ) <br> _____ ) | Case No. 1:12cv02642 <br><br> ***JURY TRIAL DEMANDED*** |

## ORDER

Upon the Plaintiff's Voluntary Motion to Dismiss Specific Doe Defendant it is hereby: **ORDERED** that the Doe Defendants specifically identified in the Voluntary Motion to Dismiss Specific Doe Defendant (dated February 19, 2013) be dismissed from this action.

The following Doe Defendant is dismissed without prejudice:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| **26** | **71.38.10.153** | **CenturyLink, Inc (Qwest Communications, Embarq, CenturyTel Internet Holdings)** |

After this dismissal, 37 John Does will remain in this action.

DATED: February 20, 2013     By: *[signature: Brooke Jackson]*

1