**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC. ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> DOES 1-38. ) <br> ) <br> *Defendants*. ) <br> _____ ) | Case No. 1:12cv02642 <br><br> *JURY TRIAL DEMANDED* |

## **ORDER**

Upon the Plaintiff's Voluntary Motion to Dismiss Specific Doe Defendants it is hereby: **ORDERED** that the Doe Defendants specifically identified in the Voluntary Motion to Dismiss Specific Doe Defendant (dated March 1, 2013) be dismissed from this action.

The following Doe Defendant is dismissed **without prejudice**:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| **25** | **50.8.91.105** | **Clearwire Corporation** |

The following Doe Defendant is dismissed **with prejudice**:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| **33** | **24.8.242.233** | **Comcast Corporation** |

2

After this dismissal, 35 John Does will remain in this action.

DATED this 4th day of March, 2013.

BY THE COURT:

*[signature: Brooke Jackson]*

R. Brooke Jackson

United States District Judge