IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02642-RBJ-MEH

WEST COAST PRODUCTIONS, INC.,

      Plaintiff,

v.

DOES 1-38,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 5, 2013.**

Plaintiff's Combined Motion for Leave to File Amended Complaint and Motion for Extension of Time to Serve [filed April 3, 2013; docket #43] is **granted in part and denied in part** as follows.

First, Plaintiff's request for leave to file an amended complaint is denied as moot.  Pursuant to Fed. R. Civ. P. 15(a), the Plaintiff may file an amended pleading once as a matter of course in this case, since there has been no answer or other response to the complaint.

Second, the Court finds good cause to grant a 14-day extension of the deadline within which Plaintiff may serve the Defendants Plaintiff names in the amended pleading pursuant to Rule 4(m).  Therefore, Plaintiff shall serve all Defendants in this case pursuant to Rule 4(m) on or before **April 19, 2013**.