IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

West Coast Productions, Inc. )
)
    *Plaintiff*, )
)
v. ) Case No. 1:12cv02642
)
David Phillips, Marvin Trumbo and Walter Sermon, Jr.)
) **JURY TRIAL DEMANDED**
    *Defendants.* )
)

## MOTION TO VACATE SCHEDULING/PLANNING CONFERENCE

Plaintiff West Coast Productions, Inc. respectfully requests that the Court vacate/reschedule the Scheduling Conference of May 30, 2013. As set forth in Plaintiff's recent and concurrent filings, defendants Demetrias Mayes, Carlos Webb, Kevin Powell, Willie Bridges, Walter Sermon, Jr. and David Phillips have been dismissed or will be dismissed from this action. The leaves only one Defendant: Marvin Trumbo.

Mr. Trumbo's Answer deadline was May 2, which has passed without a filing by Mr. Trumbo. Mr. Trumbo has not contacted Plaintiff regarding this case, and has not sought an extension of time. In light of these events, Plaintiff will file a Motion for Default Judgment against Trumbo, which will make a Scheduling Order/Plan moot unless Defendant Trumbo successfully opposes it.

WHEREFORE, in view of the above, and given that Mr. Trumbo has not appeared and likely will not appear in this action, a Scheduling/Planning Conference at this time is moot and should cancelled.

                                                             Respectfully submitted,

                                                             West Coast Production, Inc.

By its attorneys,
Simmons Browder Gianaris
Angelides & Barnerd, LLC


By: /s/ Paul A. Lesko
Paul A. Lesko
Simmons Browder Gianaris
Angelides & Barnerd, LLC
One Court Street
Alton, IL 62002
Phone: 618.259.2222
Fax: 618.259.2251
plesko@simmonsfirm.com

and

Sanjin Mutic
Mile High Law Office, LLC
Attorney at Law
621 Seventeenth St.
Suite 1101
Denver, CO 80293
Ph: 303-204-6141
sanjin@milehighlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.


/s/ Paul A. Lesko

Attorney for Plaintiff
*West Coast Productions, Inc.*