IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02642-RBJ-MEH

WEST COAST PRODUCTIONS, INC.,

    Plaintiff,

v.

MARVIN TRUMBO, and
WALTER SERMON, JR.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 16, 2013.**

    Plaintiff's Motion to Vacate Scheduling/Planning Conference [filed May 15, 2013; docket #68] is **granted**. The Scheduling Conference currently set for May 30, 2013 is **vacated**. The Plaintiff shall file dismissal papers or motions for entry of default concerning the remaining Defendants on or before May 30, 2013.