**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WEST COAST PRODUCTIONS INC. | ) |
| | ) |
|    *Plaintiff*, | ) |
| | ) |
| v. | )   Case No. 1:12-cv-02642 |
| | ) |
| MARVIN TRUMBO, | ) |
| | ) |
|    *Defendant*. | ) |
| _____ | ) |

**ORDER GRANTING PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MARVIN TRUMBO**

Upon review and consideration of Plaintiff's Motion and Memorandum against Defendant Marvin Trumbo, this Court hereby GRANTS Plaintiff's motion.

It is hereby ORDERED THAT Plaintiff is entitled to recovery of statutory damages in the sum of $6,000.00;

IT IS FURTHER ORDER THAT Plaintiff is entitled to recovery of its costs and attorneys' fees in the sum of $580.00;

IT IS FURTHER ORDERED THAT Defendant is permanently enjoined from directly or contributorily infringing Plaintiff's rights in the copyrighted Work at issue in this suit, including, without limitation, by using the internet, BitTorrent or any other online media distribution system to reproduce (e.g., download) or distribute the Works, or to make the Work available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff;

2

IT IS FURTHER ORDER THAT Defendant shall destroy all copies of the Work made or used by him in violation of West Coast Production's exclusive rights, as well as all masters in his possession from which such copies may be reproduced.

DATED this 19th day of June, 2013.

BY THE COURT:

*[signature]*

R. Brooke Jackson

United States District Judge