## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02642-RBJ-MEH

WEST COAST PRODUCTIONS,

    Plaintiff,

v.

MARVIN TRUMBO,

    Defendant.

## ORDER VACATING DEFAULT JUDGMENT, QUASHING WRIT OF EXECUTION, AND DISMISSING DEFENDANT MARVIN TRUMBO WITH PREJUDICE

Upon review and consideration of Plaintiff's Motion, this Court hereby GRANTS Plaintiff's motion.

It is hereby ORDERED THAT the default judgment against Defendant Marvin Trumbo is vacated;

IT IS FURTHER ORDERED THAT the writ of execution issued against Defendant Marvin Trumbo is quashed;

IT IS FURTHER ORDERED THAT Defendant Marvin Trumbo is dismissed with prejudice.

DATED this 4th day of December, 2013.

                                              BY THE COURT:

*[signature]*

R. Brooke Jackson
United States District Judge